

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
11/15/2018

In Re: Paola Ponce

**Debtor(s)**

Case No.: 17–30499

Chapter: 13

## *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. David G Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 11/15/18

MARVIN ISGUR
United States Bankruptcy Judge